# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BEN GFRORER,

      Plaintiff,

      v.                        Case No.:  6:26-cv-00997-JSS-LHP

SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA, NOELIA
GOMEZ, MARICARMEN
APONTE, AND VANESSA
MORROW,

      Defendants,

---

## ORDER
### (AND DIRECTION TO CLERK OF COURT)

Before the Court is Plaintiff's Motion for Leave to File Electronically.  Doc. No. 2.  On review, the motion (Doc. No. 2) will be **DENIED without prejudice**.

First, the motion is unsigned.  Fed. R. Civ. P. 11(a).  Second, the motion does not contain a memorandum of legal authority as required by Local Rule 3.01(b).  Third, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief."  *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted).

-1-

Here, Plaintiff makes no such showing.  Doc. No. 2.  *See also Clifft v. Sch. Dist. of Lee Cnty.*, No. 2:25-cv-345-JES-DNF, 2025 WL 3012038, at \*2 (M.D. Fla. Oct. 28, 2025), *reconsideration denied*, 2025 WL 3080533 (M.D. Fla. Nov. 4, 2025) (affirming denial of CM/ECF access to *pro se* litigants, finding that unpredictable delays and mail delivery risks, complexity of the case, and inability to obtain legal counsel did not rise to the level necessary to justify CM/ECF access).

That said, "the Court in its discretion may grant *a pro se* party permission to receive electronic notifications."  *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at \*1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here.  *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at \*1 (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at \*1 (M.D. Fla. May 15, 2023) (same). Therefore, the **Clerk of Court** is **DIRECTED** to add Plaintiff's email address, BenGfrorer@aol.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.  Thereafter, Plaintiff will no longer receive a mailed copy of Court documents.

-2-

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties